**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MELISSA GRAHAM,                                CASE NO.: 2:18-cv-00469-JES-CM

    Plaintiff,

vs.

MEDICREDIT, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-captioned action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Respectfully Submitted,                                Respectfully Submitted,

*/s/ Christopher W. Boss*                              */s/ Scott A. Richards*
Christopher W. Boss, Esq.                              Scott A. Richards, Esq.
Florida Bar No.: 13183                                 Florida Bar No.: 72657
BOSS LAW                                               CARLTON FIELDS, P.A.
Email: cpservice@bosslegal.com                         Email: SRichards@carltonfields.com
9887 Fourth Street North, Suite 202                    200 S. Orange Ave., Ste. 1000
St. Petersburg, Florida 33702                          Orlando, FL 32801
Telephone: (727) 471-0039                              Telephone: (407) 244-8226
Facsimile: (888) 449-8792                              Fax: (407) 648-9099
*Attorney for Plaintiff*                               *Attorneys for Defendant*

118123992.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Scott A. Richards, Esq.
CARLTON FIELDS, P.A.
Email: SRichards@carltonfields.com
200 S. Orange Ave., Ste. 1000
Orlando, FL 32801
*Attorneys for Defendant*

              /s/ *Christopher Boss*
              Christopher W. Boss, Esq.